# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MORALES, | ) NO. EDCV 15-1482-MWF (KLS) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF UNITED |
| NEIL MCDOWELL, Acting Warden, | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report. However, in adopting the Report, the Court amends line 8 of page 5 of the Report to reflect that, although he was originally charged with possession, Petitioner was ultimately assessed credits for the "manufacture of

alcohol," not the "possession of alcohol." The Court similarly amends line 11 of page 6 to correctly reflect the prison's finding that Petitioner "manufactured alcohol," not that he "possessed" it.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing Ground One with prejudice and Ground Two without prejudice.

DATED: November 16, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE