**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ALEJANDRO MORALES,** | ) | **NO. EDCV 15-1482-MWF (KLS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **NEIL MCDOWELL, Acting Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Ground One of this action is dismissed with prejudice and Ground Two of this action is dismissed without prejudice.

DATED: November 16, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE